## UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

_____

No: 20-3016
_____

United States of America

Plaintiff - Appellee

v.

Edward Keith Dembry

Defendant - Appellant

------

Appeal from U.S. District Court for the Southern District of Iowa - Eastern
(3:06-cr-00587-JAJ-1)

------

**JUDGMENT**

Before BENTON, WOLLMAN, and GRASZ, Circuit Judges.

    This court has reviewed the original file of the United States District Court. It is ordered by the court that the judgment of the district court is summarily affirmed. See Eighth Circuit Rule 47A(a).

November 17, 2020

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
    /s/ Michael E. Gans